**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| COLT INTERNATIONAL CLOTHING INC. dba COLT LED, a California corporation,,<br><br>Plaintiff,<br><br>v.<br><br>QUASAR SCIENCE, LLC, a California limited liability company; and CINELEASE, INC, a Nevada corporation,<br><br>Defendant.<br><br>And Related Counter-Claims | Case No. 2:16-*cv-03040* AB (JEMx)<br><br>**ORDER TO QUASAR TO SHOW CAUSE FOR LACK OF PROSECUTION AS TO ITS COUNTERCLAIM'S III THROUGH V** |

On September 27, 2019, the Court issued an order granting Defendant Cinelease's motion for summary judgment of invalidity of the claims of U.S. Patent No. 9,239,134. Dkt. 183. Cinelease was directed to file a proposed final judgment within 14 days of the issuance of the order. *Id.* at 20. On October 10, 2019, *both* Defendants Quasar and Cinelease jointly filed a proposed final judgment. Dkt. 184. The objection period for Defendants' proposed final judgment has run, and no objections were filed by Plaintiff. *See* L.R. 52-4, 52-7, 52-8, 58-4.

Defendants' proposed judgment invokes Rule 54(b), which permits a court to direct entry of a final judgment as to fewer than all claims when it "expressly determines that there is no just reason for delay." *See* Rule 54(b). The proposed judgment further refers to the fact that Defendant Quasar has filed five counterclaims in this action. Quasar's counterclaims include counterclaims for declaratory judgment patent noninfringement and invalidity (Counts I and II), as well as claims for Unfair Competition (Count III), Intentional Interference in Economic Relations (Count IV), and Negligent Interference in Economic Relations (Count V). Dkt. 33. Quasar's counterclaims III through IV are not referenced in Defendants' proposed final judgment.

Quasar's counterclaims III through IV have been pending in this action since July 11, 2016. *Id.* The parties' purported bases for the joint stays and significant delays of prosecution of this matter have been premised on the parties' patent disputes, with no reference made to these counterclaims. Further, although the Court issued a determination regarding the parties' patent disputes on September 27, 2019 and no schedule is currently active in this matter, Quasar has not requested a new pretrial schedule with respect to these counterclaims even though over a month has passed.

//

//

Quasar is **ORDERED TO SHOW CAUSE** in writing within five days of this Order why its counterclaims III through IV should not be dismissed for lack of prosecution.

Dated: October 29, 2019

André Birotte Jr.
United States District Judge