| | |
|---|---|
| COLT INTERNATIONAL CLOTHING INC. dba COLT LED, a California corporation,,<br><br>Plaintiff,<br><br>v.<br><br>QUASAR SCIENCE, LLC, a California limited liability company; and CINELEASE, INC, a Nevada corporation,<br><br>Defendant.<br><br>And Related Counter-Claims | Case No. 2:16-*cv-03040* AB (JEMx)<br><br>**JUDGMENT UNDER RULE 54(b) AS TO ALL CLAIMS BETWEEN PLAINTIFF COLT INTERNATIONAL AND DEFENDANT CINELEASE** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

WHEREAS, on May 3, 2016, Plaintiff Colt Industries, Inc. ("Colt") filed a Complaint ("Plaintiff's Complaint") for patent infringement, induced patent infringement and contributory patent infringement, alleging that Defendants Cinelease, Inc. ("Cinelease") and Quasar Science, LLC ("Quasar") infringed United States Patent No. 9,239,134;

WHEREAS, on June 8, 2016, Cinelease filed a Counterclaim ("Cinelease's Counterclaim") consisting of two counts, requesting a judgment of non-infringement (Count 1) and invalidity (Count 2);

WHEREAS, on July 31, 2018, Cinelease filed a Motion for Summary Judgment that all claims of Patent No. 9,239,134 were invalid;

WHEREAS, on September 27, 2019, this Court issued an Order granting that Motion for Summary Judgment and holding that all claims of United States Patent No. 9,239,134 were invalid; and

WHEREAS, this Court finds under F.R.Civ.P. 54(b) that there is no just reason for delay in entering final judgment in favor of Cinelease and against Colt (on all counts of Plaintiff's Complaint and on all counts of Cinelease's Counterclaim), and therefore expressly so directs.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Final judgment is entered in favor of Defendant Cinelease, Inc. and against Plaintiff Colt Industries, Inc. on all counts of Plaintiff's Complaint and Cinelease's Counterclaim.

Dated: November 26, 2019

The Hon. André Birotte, Jr.
UNITED STATES DISTRICT COURT JUDGE